SOLOMON G. WOODRUFF et al., Appellants, *v.* PETER VALENTINE, Respondent.

(Argued January 14, 1874; decided May term, 1874.)

THIS appeal was upon exceptions to findings of fact solely. *Held*, that the findings complained of were not without some evidence to sustain them, and therefore could not be reviewed here.

*A. B. Crane* for the appellants.

*Sidney S. Harris* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.

---

JOB TRAFFARN et al., Respondents, *v.* JOHN CARY et al., Appellants.

(Submitted January 14, 1874; decided May term, 1874.)

THE principal points in this appeal were upon exceptions to findings of fact. *Held*, that there was some evidence to sustain them.

*Abram I. Mereness* for the appellants.

*C. D. Adams* for the respondents.

REYNOLDS and EARL, CC., read for affirmance.
All concur.
Judgment affirmed.